

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00348-CV

**ROBERTO ANTONIO VILLALVIR,**

**Appellant**

 **v.**

**ROBERT GREEL CROWN,**

**Appellee**

**From the 443rd District Court
Ellis County, Texas
Trial Court No. 93544**

## MEMORANDUM OPINION

Roberto Antonio Villalvir appeals from a judgment rendered against him on June 25, 2018. By letter dated November 28, 2018, the Clerk of this Court notified Villalvir that his original filing fee for the appeal was past due. Villalvir was warned in the same letter that failure to pay the filing fee within 10 days from the date of the letter would result in the appeal being dismissed. *See* TEX. R. APP. P. 42.3(c). More than 10 days have passed, and Villalvir has failed to pay his original filing fee.

Accordingly, this appeal is dismissed. *Id.*


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 19, 2018
[CV06]

